ADAMS LAUNDRY MACHINERY COMPANY, Appellant, *v.* JOSEPH H. PRUNIER, Respondent.

Reported below, 153 App. Div. 930.

(Submitted April 14, 1913; decided April 22, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover a balance due on the purchase price of certain machinery to which a counterclaim was interposed of breach of contract.

37

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence and that permission to appeal had not been obtained.

*Edgar T. Brackett* for motion.

*Daniel Naylon, Jr.*, opposed.

Motion denied, with ten dollars costs.